Michael R. Rochelle
State Bar No. 17126700
Chris B. Harper
State Bar No. 09025500
Eric M. Van Horn
State Bar No. 24051465
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
(214) 953-0182 Telephone
(214) 953-0185 Facsimile

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | Chapter 11 |
| NORTH AMERICAN TECHNOLOGIES GROUP, INC., | § § | Case No. 10-20071-BTR |
| Debtor. | § § | |
| IN RE: | § § | |
| | § | Chapter 11 |
| TIETEK TECHNOLOGIES, INC., | § § | Case No. 10-20073-BTR |
| Debtor. | § § | |
| IN RE: | § § | |
| | § | Chapter 11 |
| TIETEK LLC, | § § | Case No. 10-20072-BTR |
| Debtor. | § § | |
| | § | Joint Administration Requested |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that a hearing has been set on the following:

1. **DEBTORS' REQUEST FOR ENTRY OF ORDER DIRECTING JOING ADMINISTRATION OF CASES PURSUANT TO BANKRUPTCY RULE 10105(b) and L.B.R. 1015;**

2. **DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO OPUS 5949LLC PURSUANT TO 11 U.S.C. §§ 361 AND 363; AND (III) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b);**

3. **DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING (I) BANKS TO HONOR DEBTORS' REPRESENTATIONS; (II) DEBTORS TO MAINTAIN EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM; AND (III) DEBTORS TO CONTINUE USE OF PREPETITION CHECK STOCK;**

4. **DEBTORS' APPLICATION TO EMPLOY RROBERT L. FOWLER OF FOWLER BUSINESS GROUP, LLC D/B/A VR MERGERS & ACQUISITIONS – ST. LOUIS AS BUSINESS BROKER;** and

5. **DEBTORS' APPLICATION TO EMPLOY ROCHELLE MCCULLOUGH LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION.**

The hearing will be held on:

Tuesday, March 23, 2010 at 9:15 a.m.
In the Courtroom of the Honorable Brenda T. Rhoades
United States Bankruptcy Court
Eastern District of Texas/Plano Division
660 North Central Expressway, Suite 300B
Plano, Texas 75074

Respectfully submitted this 18th day of March, 2010.

/s/ Eric M. Van Horn
Michael R. Rochelle
State Bar No. 17126700
Chris B. Harper
State Bar No. 09025500
Eric M. Van Horn
State Bar No. 24051465
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
(214) 953-0182 Telephone
(214) 953-0185 Facsimile

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

    I certify that on March 18, 2010, a true and correct copy of the foregoing Motion has been served *via* regular first class U. S. mail, postage prepaid, facsimile, and/or electronic mail through the Court's electronic notification system to all parties on the attached service list.

/s/ Eric M. Van Horn<br>
Michael R. Rochelle