B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

In re  North American Technologies Group ,
Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

SEE ATTACHED LISTING

Date: 3/18/2010

Joe B. Dorman, Sec/GenlCnsl
Debtor

*[Declaration as in Form 2]*

North American Technologies Group, Inc.
Form B4

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with the claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Herakles Investments, Inc (subsidiary of Sammons Enterprises, Inc.) 5949 Sherry Lane Suite 1900 Dallas, TX 75225 | Yolanda Brown 214-210-5056 - Herakles Investments, Inc (subsidiary of Sammons Enterprises) 5949 Sherry Lane Suite 1900 Dallas, TX 75225 | Bridge Loan and 8% Debentures with interest through 2/21/10 Promissory Note - April 2009 with interest through 12/2/709 | | $ 4,048,854.27 |
| Crestview Capital Master, LLC 95 Revere Drive, Suite A Northbrook IL 60062 | Erik Pasternak - 847-559-0060 - Crestview Capital Master, LLC 95 Revere Drive, Suite A Northbrook IL 60062 | Bridge Loan and 8% Debentures with interest through 2/21/10 | | $ 794,643.21 |
| Midsummer Investment, Ltd 295 Madison Avenue 38th floor New York NY 10017 | Scott Kaufman - 212-624-5038 - Midsummer Investment, Ltd 295 Madison Avenue 38th floor New York NY 10017 | Bridge Loan and 8% Debentures with interest through 2/21/10 | | $ 757,075.94 |
| Islandia, LP C/O John Lang, Inc. 485 Madison Ave. New York, NY 10022 | Bob Aliamo - 212-584-2135 - Islandia, LP C/O John Lang, Inc. 485 Madison Ave. New York, NY 10022 | Bridge Loan and 8% Debentures with interest through 2/21/10 | | $ 301,493.24 |
| ENABLE GROWTH PARTNERS, LP PORTFOLIO ADMINISTRATOR ENABLE CAPITAL MANAGEMENT ONE FERRY BLDG, SUITE 255 San Francisco CA 94111 | Lana Krtolica - 415-677-1589 - ENABLE GROWTH PARTNERS, LP PORTFOLIO ADMINISTRATOR ENABLE CAPITAL MANAGEMENT ONE FERRY BLDG, SUITE 255 San Francisco CA 94111 | Bridge Loan and 8% Debentures with interest through 2/21/10 | | $ 287,007.55 |
| Boyer & Ketchand Nine Greenway Plaza, Ste 3100 Houston TX 77046-0904 | ACCOUNTS PAYABLE - Boyer & Ketchand Nine Greenway Plaza, Ste 3100 Houston TX 77046-0904 | trade debt | | $ 83,298.95 |
| RR DONNELLEY RECEIVABLES, INC. P.O. BOX 730216 DALLAS, TX 75373-0216 | ACCOUNTS PAYABLE - RR DONNELLEY RECEIVABLES, INC. P.O. BOX 730216 DALLAS, TX 75373-0216 | trade debt | | $ 45,015.00 |
| ENABLE OPPORTUNITY PARTNERS LP PORTFOLIO ADMINISTRATOR ENABLE CAPITAL MANAGEMENT ONE FERRY BLDG SUITE 255 San Francisco CA 94111 | Lana Krtolica - 415-677-1589 - ENABLE OPPORTUNITY PARTNERS LP PORTFOLIO ADMINISTRATOR ENABLE CAPITAL MANAGEMENT ONE FERRY BLDG SUITE 255 San Francisco CA 94111 | Bridge Loan and 8% Debentures with interest through 2/21/10 | | $ 33,746.87 |
| KBA GROUP, LLP 14241 DALLAS PARKWAY Suite 200 Dallas TX 75254 | ACCOUNTS PAYABLE - KBA GROUP, LLP 14241 DALLAS PARKWAY Suite 200 Dallas TX 75254 | trade debt | | $ 31,904.26 |
| PAETEC P.O. BOX 3243 Milwaukee WI 53201-3243 | Accounts Payable - PAETEC P.O. BOX 3243 Milwaukee WI 53201-3243 | trade debt | | $ 20,996.04 |
| PIERCE DIVERSIFIED STRATEGY PORTFOLIO ADMINISTRATOR ENABLE CAPITAL MANAGEMENT ONE FERRY BLDG, SUITE 255 San Francisco CA 94111 | Lana Krtolica - 415-677-1589 - PIERCE DIVERSIFIED STRATEGY PORTFOLIO ADMINISTRATOR ENABLE CAPITAL MANAGEMENT ONE FERRY BLDG, SUITE 255 San Francisco CA 94111 | Bridge Loan and 8% Debentures with interest through 2/21/10 | | $ 16,873.43 |
| WHITLEY PENN, LLP 5420 LYNDON B JOHNSON FWY Dallas TX 75240 | ACCOUNTS PAYABLE - WHITLEY PENN, LLP 5420 LYNDON B JOHNSON FWY Dallas TX 75240 | trade debt | | $ 13,786.50 |
| UHY ADVISORS TX,LLC 1717 MAIN STREET Suite 5350 Dallas TX 75201 | ACCOUNTS PAYABLE - UHY ADVISORS TX,LLC 1717 MAIN STREET Suite 5350 Dallas TX 75201 | trade debt | | $ 9,023.22 |
| CONTINENTAL STOCK TRANSFER 17 BATTERY PLACE 8TH FLOOR NEW YORK NY 10004 | ACCOUNTS PAYABLE - CONTINENTAL STOCK TRANSFER 17 BATTERY PLACE 8TH FLOOR NEW YORK NY 10004 | trade debt | | $ 7,577.48 |
| BKD, LLP 14241 DALLAS PARKWAY Suite 200 Dallas TX 75254 | ACCOUNTS PAYABLE - BKD, LLP 14241 DALLAS PARKWAY Suite 200 Dallas TX 75254 | trade debt | | $ 5,200.00 |
| MONTFORT OFFICE PARTNERS,L.P. C/O TRINITY INTERESTS 5924 ROYAL LANE, SUITE 250 Dallas TX 75230 | Accounts Payable - MONTFORT OFFICE PARTNERS,L.P. C/O TRINITY INTERESTS 5924 ROYAL LANE, SUITE 250 Dallas TX 75230 | trade debt | | $ 4,111.90 |
| KEY EQUIPMENT FINANCE P.O. BOX 74713 Cleveland OH 44194-0796 | Accounts Payable - KEY EQUIPMENT FINANCE P.O. BOX 74713 Cleveland OH 44194-0796 | trade debt | | $ 1,916.62 |
| CUMMINGS & HOUSTON, LLP 440 LOUISIANA STE 650 Houston TX 77002 | ACCOUNTS PAYABLE - CUMMINGS & HOUSTON, LLP 440 LOUISIANA STE 650 Houston TX 77002 | trade debt | | $ 915.00 |
| PREMIER Global Services PO BOX 404351 ATLANTA GA 30384-4351 | ACCOUNTS PAYABLE - PREMIER Global Services PO BOX 404351 ATLANTA GA 30384-4351 | trade debt | | $ 787.96 |
| PITNEY BOWES GLOBAL FINANCIAL PO BOX 856460 Louisville KY 40285-6460 | Accounts Payable - PITNEY BOWES GLOBAL FINANCIAL PO BOX 856460 Louisville KY 40285-6460 | trade debt | | $ 483.99 |

North American Technologies Group, Inc.
Form B4

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | $ 6,464,711.43 |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joe B. Dorman, the Secretary of North American Technologies Group, Inc., the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.


Date _____ 3/18/2010 _____



Signature ___/s/ Joe B. Dorman_____

_Joe B. Dorman, Secretary/General Counsel_____
(Print Name and Title)