IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

IN THE MATTER OF: CASE NO. 10-20071

NORTH AMERICAN TECHNOLOGIES GROUP, INC.,

  DEBTOR                                                                                                                                                                     CHAPTER 11

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Harrison, Harrison Central Appraisal District, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: March 23, 2010

                                                                Respectfully submitted,

                                                                McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                               Attorneys for Claimants, County of Harrison, Harrison
                                                               Central Appraisal District
                                                               P. O. Box 1269
                                                               Round Rock, Texas 78680
                                                               (512) 323-3200

                                                               /s/Michael Reed
                                                               _____
                                                               Michael Reed
                                                               State Bar Number 16685400

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to North American Technologies Group, Inc., 429 S. Memory Lane, Marshall, TX 75670; Eric Van Horn, Rochelle & McGullough LLP, 325 N. St. Paul St., Ste 4500, Dallas, Texas 75201, Fax: 214-953-0185; Timothy W. O'Neal, Office of the US Trustee, 110 N. College, Ste 300, Tyler, Texas 75702, Fax: 903-590-1461, on March 23, 2010, by First Class U. S. Mail or by Electronic Notification.

                                                                /s/Michael Reed
                                                               _____
                                                               Michael Reed